cases, but consideration of the competing factors inherent in ruling on a Rule 103(b) motion should be given to each case in which such a motion arises.

Therefore, the order of August 3, 1971, is reversed and the cause remanded with directions for further proceedings consistent with these views.

Judgment reversed and cause remanded with directions.

DEMPSEY and McNAMARA, JJ., concur.

THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* RONALD MYRON, Defendant-Appellant.

(No. 57116;

First District (3rd Division)—December 7, 1972.

PER CURIAM.

Thomas J. Maloney and Richard H. Devine, both of Chicago, for appellant.

Edward V. Hanrahan, State's Attorney, of Chicago, (Elmer C. Kissane and Stephen J. Connolly, Assistant State's Attorneys, of counsel,) for the People.